FILED

08/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Case No. DA 23-0716**

| | |
|---|---|
| RODNEY BRANDT and HEIDI BRANDT, MARSHALL FLADAGER and NEVA FLADAGER, and LARRY LAUTARET and RENA LAUTARET,<br><br>Plaintiffs/Counter-Defendants/ Appellees/Cross-Appellants,<br><br>-vs-<br><br>R&R MOUNTAIN ESCAPES, LLC, a Montana Limited Liability Company,<br><br>Defendant/Counterclaimant/ Appellant/Cross-Appellee. | **ORDER GRANTING MOTION FOR EXTENSION TO FILE COMBINED RESPONSE TO APPELLEES' CROSS APPEAL AND APPELLANT'S REPLY BRIEF** |

Appellant R&R Mountain Escapes, LLC ("Appellant") has filed an Motion for Extension to File Combined Response to Appellees' Cross Appeal and its Reply Brief. Appellant's counsel has represented to the Court that she has contacted counsel for Appellees and Cross-Appellants, Rodney Brandt, Heidi Brandt, Marshall Fladager, Neva Fladager, Larry Lautaret, and Rena Lautaret, and he has stated that he will take no position on this Motion.

For good cause appearing, **IT IS ORDERED** that Appellant's Motion for Extension to File Combined Response to Appellees' Cross Appeal and its Reply Brief is **GRANTED.**

**IT IS FURTHER ORDERED** that Appellant shall have up to and including October 7, 2024, to file its Combined Response to Appellees' Cross-Appeal and Reply Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2024